# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:22-cr-127-WWB-DCI

VIGILAND D'HAITI

| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Kara Wick |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | | |
| **COURT REPORTER:** | Heather Suarez<br>heathersuarez.usocr@gmail.com | **COUNSEL FOR DEFENDANT:** | Mark Longwell |
| **SCHEDULED DATE/TIME:** | July 11, 2023<br>10:06am-10:36am<br>**Total time in court: 30 mins** | **INTERPRETER:** | N/A |

## MINUTES

Case called; appearances taken. Defendant sworn.

Court inquired with Defendant and advised Defendant of Rights.

Defendant enters plea of guilty to Count Two of the Indictment.

Court accepts the Defendant's plea, and the Defendant is adjudicated guilty. The defendant is remanded to the custody of the United States Marshals pending sentencing.

The Court orders a Presentence Investigation Report.

Sentencing set for October 10, 2023, at 2:00pm.

Court adjourned.