UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                              Case No.: 6:22-cr-127-WWB-DCI

**VIGILAND D'HAITI,**

    **Defendant,**

_____/

**Character Letters for Vigiland D'Haiti**

Vigiland D'Haiti, through the undersigned counsel, offers the attached letters for consideration by this Honorable Court.

**I HEREBY CERTIFY** that on October 13, 2023, I electronically filed the foregoing with the Clerk of the Court pursuant to Administrative Procedures for Electronic Filing in Civil and Criminal Cases of the Middle District of Florida by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Kara M. Wick. AUSA
    US Attorney's Office
    400 W. Washington Street
    Suite 700
    Orlando, FL 32801
    Email: kara.wick@usdoj.gov

(Intentionally left blank)

Respectfully submitted,

LONGWELL LAWYERS,

By: _____
MARK N. LONGWELL, ESQ.
390 North Orange Avenue, Suite 1825
Orlando, Florida 32801
Phone: (407) 426-5757
Fax: (407) 426-5755
Email: mail@LongwellLawyers.com
Attorney for the Defendant
Florida Bar No.: 0899150

October 10, 2023

Honorable Judge Wendy Berger,

I hope this letter finds you in good health and high spirits. I am writing to you as Eve McRoy, the sister of Vigiland D'Haiti, to provide insight into his character and to request your leniency and understanding during these challenging times.

Our family's journey has been marked by hardship and resilience. We are first-generation immigrants from Haiti, and our path to the United States was far from easy. It took our parents a grueling month, marked by unimaginable hardships, to reach these shores. Tragically, during that perilous journey, my mother suffered the loss of one baby but was blessed with twins, one of whom is Vigiland. His birth was a symbol of hope and renewal, a testament to the indomitable spirit that runs in our family.

Growing up, our family faced numerous challenges as we adapted to a new country and culture. Our parents worked tirelessly to provide for us, but the road was never smooth. Through it all, Vigiland emerged as a pillar of strength and resilience. He became the glue that held our family together during difficult times. His unwavering support and kindness have been a source of comfort and stability in our lives.

Vigiland's character is marked by compassion, empathy, and a deep sense of responsibility towards his family and community. He has consistently been there for us, ensuring that we had the support and encouragement we needed to overcome obstacles. His sacrifices and dedication to our well-being have been nothing short of extraordinary.

I want to emphasize that Vigiland is not defined by any mistakes or challenges he may have encountered. He has always been a person of integrity, a loving son and brother, and a valuable member of our community. His contributions to our family and society as a whole are immeasurable, and I firmly believe that he has the potential to continue making positive contributions.

I kindly request your consideration of Vigiland's character, his journey, and the transformative impact he has had on our family. I believe that with the support and guidance of the court, he can continue to be a beacon of hope and inspiration for our family and community.

Thank you for your time and understanding, Judge Berger. I trust in your wisdom and compassion as you consider Vigiland's case.

Sincerely,

Eve McRoy

*Eve McRoy*

From: "Ken McRoy" <ken.mcroy@yahoo.com>
To: "Queen" <evedhaiti@yahoo.com>
Cc:
Sent: Tue, Oct 10, 2023 at 4:36 PM
Subject: Vig letter

Kenneth C. McRoy Jr.
35220 La Place Ct Eustis FL,32736
(352)617-0713
Ken.mcroy@yahoo.com

10/8/2023

The Honorable Judge

Re: Sentencing Recommendation for Vigiland D'Haiti

Dear Judge,

I am writing to you as "a family member through marriage of Vigiland D'Haiti. I have had the privilege of knowing Vigiland for 12 years, and during this time, I have had the opportunity to witness Vigiland's character, integrity, and the positive impact he has had on those around him.

I understand and respect the court's decision regarding Vigiland D'Haiti's guilty plea, and I am writing this letter to provide a more comprehensive perspective on him as an individual. Vigiland D'Haiti is a person who has consistently demonstrated compassion, responsibility, and a commitment to improving the lives of others.

He was an avid member of the community, always wanting to help and assist in any way possible.I remember him being active in the church community, assisting with the elderly providing rides and helping to pick up medicine and things of that nature. Also assisting with immigrant translation and assistance with helping immigrants become citizens.

I want to express my gratitude to the court for considering this letter. My hope is that, in light of Vigiland D'Haiti's character and the potential for rehabilitation, the court might consider a fair and balanced sentence that takes into account his positive attributes.

I am available to provide any additional information or confirm the facts mentioned in this letter if required. Thank you for your time and consideration.

Sincerely,

Kenneth C. McRoy Jr.

**From:** Adam Randall <randallsfamilyhealthcare@gmail.com>
**Sent:** Tuesday, October 10, 2023 5:31 PM
**To:** mail <mail@longwelllawyers.com>
**Subject:** Vigiland D'Haiti reference letter

> You don't often get email from randallsfamilyhealthcare@gmail.com. Learn why this is important

The Honorable Judge Berger

Re: Character Reference for Vigiland D'haiti

Dear Judge Berger,

I am writing to provide a character reference for Vigiland D'haiti, who is currently before you for sentencing. I have known Vigiland since 1996, and I can attest to his exceptional character, unwavering dedication, and remarkable qualities.

Vigiland and I were not only teammates in high school and college, but we were also coworkers during our high school years. Our professional and personal relationship has spanned across various settings, including England where we worked together at competitions. Through all these experiences, Vigiland consistently displayed outstanding qualities that make him a remarkable individual.

One of Vigiland's most notable attributes is his unwavering compassion and care for others. He consistently goes above and beyond to support and uplift those around him. His innate kindness and empathy make him a natural leader and a trusted friend. I have personally witnessed Vigiland's ability to bring out the best in people and offer guidance and support during challenging times.

In addition to his character, Vigiland is a dedicated and hardworking individual. He consistently demonstrates a strong work ethic, commitment to excellence, and the ability to excel in competitive environments. His determination and resilience make him a valuable asset to any team or organization he becomes a part of.

I firmly believe that Vigiland D'haiti is genuinely remorseful for any actions that have led to his current situation. I have no doubt that he has the potential to learn from his mistakes, rehabilitate, and make a positive contribution to society. Vigiland's integrity, compassion, and dedication set him apart, and I believe he has the potential to be a productive and law-abiding citizen.

I kindly request that you take into consideration Vigiland's character, his commitment to personal growth, and the positive impact he can have on society when making your sentencing decision. I have the utmost confidence in his ability to make amends for any wrongdoings and to contribute positively to his community.

If you require any further information or would like to discuss Vigiland's character in more detail, please do not hesitate to contact me at 863-224-2903 or randallsfamilyhealthcare@gmail.com.

Sincerely,

Dr. Adam Randall, DNP, FNP-C

7415 Araia Drive

Fountain, Colorado 80817

--
Adam Randall, DNP, FNP-C
Randalls Family Healthcare

Asma Paul

815 Marietta lane

Eustis FL 32736

Dear Judge Berger,

I am Asma Paul, the mother of Vigiland. I am writing this letter to convey my heartfelt feelings about my son. My life has been marked by the pain of not being able to see him. Vigiland is an extraordinary human being who has lived a challenging yet blessed life. As an immigrant from Haiti, my journey in the United States has been one of struggle and hard work.

My daughter is writing this letter on my behalf because I don't read or write well. However I want to express that raising my children, including Vigiland, has been the greatest joy and achievement of my life. Their father was someone who was abusive during their upbringing, and at times, I had to fight their battles quietly, shielding them from the turmoil.

My love for my children is something I cannot explain. Whenever I needed assistance, Vigiland has always been there for me. It is difficult to know that I cannot simply call him to say hello; My son has always been the type of person willing to give the shirt off his back to anyone in need. I know he is a God-fearing man. I did the best I could with what I had. I miss him deeply, but I have faith that God has a plan

I want to express my gratitude for taking the time to read this letter. I could talk about my son for hours, but I appreciate your consideration and understanding.

Sincerely,

Asma Paul

*Asma Paul*

Dear Honorable Judge Wendy Berger,

My name is Samantha Smith and I have known Vig for over 20 years. He was my coach, my friend, and my coworker. Vig has one of the biggest hearts of anyone I know, and he loves his family and his friends.

His biggest flaw is that he doesn't use the word "No". If he's asked to do something, the answer was always "yes". This would put him in a bind when events occurred at the same time. I'll never forget the day we had a camp with our high school team, he had practice at his all-star gym, and he was doing chorography for another team. I said, "Vig, you do realize you can't be in 3 places at once right"? He always told me that he would figure it out. Vig doesn't like to let any down, so he split his time between all 3 locations. I know he struggled with the stress of trying to make everyone else happy.

Vig works so hard. He always wanted to make sure that his wife Kelly, his son Arie and his mother were taken care of. He worked several jobs and events, whatever it took to make life comfortable for his family. Vig is such a great dad. He loves that little boy so much. No matter how busy Vig was, he never let a day go by that he didn't see or talk to Arie. And Arie loves him just as much. Vig isn't just Arie's dad, he's his hero.

Thank you for taking the time to read this.

Kind regards,

Samantha Smith.

October 11, 2023

Dear Judge Wendy Berger,

I am writing this character letter in strong support of Vigiland D'Haiti, whom I've had the privilege of knowing for over seven years. I am a family friend, and I have witnessed Vigiland's exceptional qualities and character during this time. Vigiland is an incredibly kind and helpful individual. I have personally experienced his generosity, as he went out of his way to help me translate important documents from Haitian Creole to English, enabling me to obtain essential documentation in order for me to be a functioning member of society.

 Beyond his helpful nature, Vigiland's sense of humor is infectious. He has a unique ability to bring joy and laughter to those around him, even in challenging situations. Vigiland's humility is another admirable trait. He's down-to-earth and approachable. He treats everyone with respect and kindness, regardless of their background or circumstances. Vigiland D'Haiti is ana amazing individual who embodies qualities of kindness, helpfulness, humor, humility. He's a God-fearing Gentle giant.

His absence has left a void in the lives of those who know him, and it is deeply felt. We miss him dearly. Thank you for taking your time in reading this letter.  If you have any questions please don't hesitate. 407.633.8509 or mamarcellu@gmail.com

Sincerely,

Mario Marcellus

David D'Haiti

35220 La Place Ct

Eustis FL,32736

10/02/2023

The Honorable Judge Wendy W Berger,

I am writing to you as the nephew of Vigiland D'Haiti, and I am earnestly seeking your understanding and leniency as you consider his sentencing. It is with a heavy heart and deep conviction that I write this letter to you today.

As Vigiland's nephew, I have had the opportunity to witness his character up close, and I can attest to his qualities of integrity, compassion, and a strong sense of responsibility. Growing up, he was not only my uncle but also a role model who inspired me with his unwavering commitment to doing the right thing.

Over the years, I have seen Vigiland consistently demonstrate these positive traits. He has been a pillar of support for our family and an inspiration to me and others. His dedication to his community and his commitment to helping those in need have left an indelible mark on many lives.

I firmly believe that Vigiland has the potential for rehabilitation and growth. I humbly request that the court takes into consideration his character and the hope for his positive future when deciding on his sentence.

I stand ready to provide any additional information, confirm the facts contained in this letter, or cooperate in any way that would assist the court in making an informed decision. Thank you for your time, your empathy, and your wisdom in this matter.

Sincerely,

David D'Haiti